UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 4:25-cv-10065-LEIBOWITZ/SANCHEZ

TALIA MAREK, *et al.*,

    *Plaintiffs,*

v.

KAHUNAS DEERFIELD
BEACH, LLC, *et al.,*

    *Defendants.*

_____/

## ORDER ADOPTING MAGISTRATE REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation on the parties' Joint Motion for Settlement Approval [ECF No. 43] (the "R&R"), filed on May 26, 2026, recommending approving the parties' settlement agreement in this action brought under the Fair Labor Standards Act ("FLSA"). [ECF No. 43 at 4–5]. The undersigned previously referred the parties' Join Motion to Approve FLSA Settlement [ECF No. 37] (the "Motion") to U.S. Magistrate Judge Sanchez for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 40]. No objections to the R&R were filed. Thus, having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby **ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation [ECF No. 43] is **AFFIRMED** and **ADOPTED** and fully incorporated herein.

2. The Joint Motion [ECF No. 37] is **GRANTED** and the Settlement Agreement [ECF No. 37-1] is **APPROVED**.

3. The Clerk is **DIRECTED** to **CLOSE** this case. All existing deadlines are

1

**TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on June 24, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record